UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------X
DABUR INDIA LTD, and DABUR
INTERNATIONAL USA,

        Plaintiffs,

  -against-

MEENAXI ENTERPRISES INC., NUPUR
TRADING LLC, TATHASTU TRADING
LLC, MEENAXI GANDHI, ALKA
"HERMANG" AMIN and RASHMI DESAI

        Defendants.
---------------------------------X

Civil Action No: 2:21-cv-11402-ES-CLW

**STIPULATION**

    **WHEREAS**, on May 18, 2021, plaintiffs Dabur India Ltd, and Dabur International USA (together, "Dabur" or "Plaintiffs") filed a Complaint (Dkt. 1) in the above-captioned action against defendants Meenaxi Enterprises Inc., Nupur Trading LLC, Tathastu Trading LLC, Meenaxi Gandhi, Alka "Hermang" Amin and Rashmi Desai; and

    **WHEREAS**, by Motion, dated June 29, 2021, Plaintiffs sought Entry of Default against defendants Tathastu Trading, LLC and Rashmi Desai (the "Tathastu Defendants") (Dkt. 13); and

    **WHEREAS**, pursuant to that Motion, on July 6, 2021, the Clerk entered default against the Tathastu Defendants; and

    **WHEREAS**, by Motion, dated July 9, 2021, Plaintiffs sought a Default Judgment against the Tathastu Defendants (Dkt. 16), which Motion is returnable on August 2, 2021; and

    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties hereto, as follows:

    1.    The Clerk's Entry of Default as to the Tathastu Defendants, dated July 6, 2021, is hereby vacated;

2. Plaintiff's Motion for a Default Judgement as to Tathastu Defendants, dated July 9, 2021 (Dkt. 16), is hereby withdrawn; and

3. The Tathastu Defendants' deadline to answer, move against, or otherwise respond to the Complaint, dated May 18, 2021 (Dkt. 1), is hereby extended until August 9, 2021.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and/or by facsimile or other electronic transmission, each of which when executed shall be deemed to be an original and all of which together shall constitute a single instrument binding upon the parties.

Dated:  July 19, 2021

| | |
|---|---|
| **THE INGBER LAW FIRM** | **RUSKIN MOSCOU FALTISCHEK, P.C.** |
| By:  /s/ Mark J. Ingber      | By:  /s/ Thomas A. Telesca           |
|      Mark J. Ingber, Esq. |      Thomas A. Telesca, Esq. |
| *Attorney for Plaintiffs* | *Attorney for Tathastu Defendants* |
| 30 West Mt. Pleasant Avenue, Suite 203 | 1425 RXR Plaza |
| Livingston, NJ 07039 | East Tower, 15th Floor |
| Tel: (973) 921-0080 | Uniondale, NY 11556 |
| Email: ingber.lawfirm@gmail.com | Tel:  (516) 663-6603 |
| | Email: ttelesca@rmfpc.com |

SO ORDERED:

 /s/Esther Salas
**Hon. Esther Salas, U.S.D.J.**
**Date:** July 26, 2021

948692