UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **Dabur India, Ltd., and Dabur International Ltd.** | |
| Plaintiffs, | |
| v. | Civ. No. 21-11402 (ES) (CLW) **CONSENT ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS MEENAXI ENTERPRISES, INC AND MEENAXI GANDHI** |
| **Meenaxi Enterprises, Inc., Meenaxi Gandhi, et al.** | |
| Defendants. | |

**THIS MATTER,** having been reported to the Court as settled by the parties under a written settlement agreement dated March 3, 2022 (the "Settlement Agreement"); and for good and sufficient cause appearing;

**IT IS**, on this __9th__ day of March, 2022,

**ORDERED** that all claims against Defendants, Meenaxi Enterprises, Inc. and Meenaxi Gandhi, be and hereby are dismissed with prejudice and without costs; and it is

**FURTHER ORDERED** that the court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement.

_____
HON. ESTHER SALAS, U.S.D.J.